No. 84–5754.  HAYNES v. GAINES ET AL.  C. A. 11th Cir. Certiorari denied.

No. 84–5758.  McMILLAN v. CONTIGULIA.  C. A. 2d Cir. Certiorari denied.

No. 84–5759.  MELTON v. RISON, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 84–5760.  MILLER v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 84–5761.  SMITH v. MAGGIO, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 84–5765.  ROBERTSON v. ROBERTSON.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 84–5766.  NORMAN v. BENNING, SUPERINTENDENT, OREGON STATE HOSPITAL.  Sup. Ct. Ore.  Certiorari denied.

No. 84–5768.  SPREACKER v. HOLLAND, WARDEN.  Cir. Ct. W. Va., Putman County.  Certiorari denied.

No. 84–5769.  ROGERS v. DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir.  Certiorari denied.

No. 84–5777.  COBB v. NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 84–5779.  HARIG v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 84–5785.  DAVID v. UNITED STATES PAROLE COMMISSION. C. A. 4th Cir.  Certiorari denied.

No. 84–5790.  ORTEGA v. BURN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 84–5793.  CONDO v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 84–5800.  HURTADO-MICOLTA v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.